**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 16-12852-BKC-EPK |
| **MICHAEL WATTNER,** | Chapter 7 |
| Debtor. | |
| _____/ | |

**TRUSTEE'S (I) OBJECTION TO DEBTOR'S SCHEDULED VALUATIONS AND
CLAIMED EXEMPTIONS OF SCHEDULED PROPERTY; AND
(II) MOTION FOR TURNOVER OF ESTATE PROPERTY**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above-captioned estate (the "Trustee"), by and through undersigned counsel, pursuant to 11 U.S.C. §§522, 541, and 542(a), 105(a), and Federal Rule of Bankruptcy Procedure 4003(b), files this Objection to Debtor's Scheduled Valuations and Claimed Exemptions of Scheduled Property, and Motion for Turnover of Estate Property (the "Objection," and the "Motion"), and in support thereof, states as follows:

**RELIEF REQUESTED**

1. On February 29, 2016, the Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the United States Bankruptcy Code [ECF No. 1] (the "Petition Date").

2. On February 29, 2016, Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee in the above-captioned case [ECF No. 2], becoming the permanent Trustee after the §341 Meeting was held and concluded on April 4, 2016 (the "§341 Meeting").

3. The deadline for filing an objection to the Debtor's claimed exemptions is currently extended by Agreed Order to October 6, 2016 [ECF No. 47], and this Objection is timely filed.

4. The Debtor's last amended Schedule C [ECF No. 17] lists personal property as exempt, including, without limitation: a 2008 Ford F350 Super Duty Crew Cab XLT (the "Truck");

a 1994 Honda XR650LR (the "Bike"); and a Chase Business Checking ending-6618 (the "Account").

5. The Trustee objects to the Debtor's scheduled valuation of the Truck to the extent that a professional appraisal from Eric Rubin of Moecker Auctions, Inc., returned a value on or around the Petition Date of $12,300.00, and further objects to the Debtor's claimed exemptions in the Truck to the extent of the amounts of any over- and/or non-exempt equity therein based on the Petition Date value beyond the amounts of the Debtor's allowed and available exemptions pursuant to FLA. CONST. ART. X, §4(a)(2), FLA. STAT. ANN. §222.25(1) and/or FLA. STAT. ANN. §222.25(4), when combined with the Debtor's other allowed and available exemptions.

6. The Trustee objects to the Debtor's scheduled valuation of the Bike to the extent that a professional appraisal from Eric Rubin of Moecker Auctions, Inc., returned a value on or around the Petition Date of $900.00, and further objects to the Debtor's claimed exemptions in the Bike to the extent of the amounts of any over- and/or non-exempt equity therein based on the Petition Date value beyond the amounts of the Debtor's allowed and available exemptions pursuant to FLA. CONST. ART. X, §4(a)(2), FLA. STAT. ANN. §222.25(1) and/or FLA. STAT. ANN. §222.25(4), when combined with the Debtor's other allowed and available exemptions.

7. Further, the Trustee objects to the Debtor's scheduled valuation of the Account to the extent that the actual Petition Date account balance was $16.72, and further objects to the Debtor's claimed exemptions in the Account to the extent of the amounts of any over- and/or non-exempt equity therein based on the Petition Date value beyond the amounts of the Debtor's allowed and available exemptions pursuant to FLA. CONST. ART. X, §4(a)(2) and/or FLA. STAT. ANN. §222.25(4), when combined with the Debtor's other allowed and available exemptions.

8. The Debtor also has an interest a Space Coast Credit Union Checking and Space

Coast Credit Union Savings ending -9790 and -9700, respectively, which are not listed on Amended Schedule A/B nor claimed as exempt on Schedule C (the "SC Accounts" and together with the Truck, the Bike and the Account, the "Personal Property").

9. The Personal Property and any over- or non-exempt equity therein based on the Petition Date values, is property of the estate pursuant to 11 U.S.C. §541(a).

10. The Trustee submits that pursuant to 11 U.S.C. §542(a), when combined, the items of Personal Property, are of significant value and benefit to this estate and its creditors, and demands the immediate turnover of any over- and non-exempt equity in the Personal Property based upon actual Petition Date values, or in the alternative, the immediate turnover of the Personal Property.

**RESERVATION OF RIGHTS**

11. The Trustee reserves the rights to further object or otherwise amend the instant objections to the Debtor's claimed exemptions and/or scheduled valuations, and/or to further object or otherwise amend the Motion as more information may become available.

WHEREFORE, Nicole Testa Mehdipour, the Chapter 7 Trustee, respectfully requests entry of an Order: (i) sustaining the Objections; (ii) disallowing the Debtor's scheduled valuations of the Truck, the Bike and the Account, as set forth herein; (iii) sustaining the Objections to the Debtor's claimed exemptions to the extent of the over- and/or non-exempt equity in the Truck, the Bike and the Account; (iv) granting the Motion; (v) ordering the Debtor to turn over any non-exempt and/or over-exempt equity in the Personal Property based upon actual Petition Date valuations, or, in the alternative, ordering immediate turnover of the Personal Property; and (vi) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 6th day of October, 2016.

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
*Counsel for Chapter 7 Trustee*
200 East Broward Boulevard, Suite 1110
Fort Lauderdale, FL 33301
Tel: (954) 858-5880   Fax: (954) 208-0888
Email: Nicole.Mehdipour@ntmlawfirm.com
Email: Kimberly.Salamone@ntmlawfirm.com

/s/ Kimberly Salamone
  Nicole Testa Mehdipour
  Florida Bar No. 177271
  Kimberly Salamone
  Florida Bar No. 86560