

**ORDERED in the Southern District of Florida on March 7, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 16-12852-EPK
    MICHAEL WATTNER                           Chapter 7

    Debtor.
_____/

### AMENDED ORDER GRANTING SPACE COAST CREDIT UNION'S MOTION FOR RELIEF FROM STAY
*(Amended to add Additional Language as to In Personam Remedies)*

**THIS CAUSE** came before the Court on Space Coast Credit Union's ("Space Coast") Motion for Relief from Stay (the "Motion") [D.E. 60], and Space Coast by submitting this form of order having represented that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that [either] the form of order was attached as an exhibit to the motion [or] the relief to be granted in this order is the identical relief requested in the motion. Based thereon it is

    **ORDERED** that:

1.	Space Coast's Motion is **GRANTED**.

2.	The automatic stay is hereby modified to permit Space Coast to exercise all *in rem* and *in personam* rights and remedies against its collateral, including taking possession of and auctioning the collateral, more fully described as 2008 Ford Truck F350 VIN# 1FTWW3131R68EB61930 (the "Vehicle").

3.	The relief granted herein permits Space Coast to *in rem* take action against the Vehicle and to seek or obtain *in personam* relief against the Debtor pursuant to the executed and filed Reaffirmation Agreement [D.E. 29 & D.E. 30] and the Motion for Stay Relief which was filed on February 14, 2017 [D.E. 60].

4.	The relief granted herein shall be binding and effective despite any conversion of this case to another chapter under the Bankruptcy Code.

5.	The Court retains jurisdiction to enforce and implement the terms and provisions of this Order, and enter further orders as are proper.

#     #     #

Submitted by:

Isabel V. Colleran, Esq.
BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.
*Attorneys for Space Coast Credit Union*
25 Southeast Second Avenue, Suite 730
Miami, FL  33131
Phone: (305) 381-7979 x 333
Fax:	(305) 371-6816
Isabel.colleran@blaxgray.com

*Attorney Isabel V. Colleran shall serve a copy of this Order on all interested parties and shall file a Certificate of Service.*