FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 16-12852-EPK | Trustee Name: | Nicole Testa Mehdipour, Trust |
| Case Name: | WATTNER, MICHAEL | Date Filed (f) or Converted (c): | 02/29/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 04/04/2016 |
| | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1994 Honda XR650LR 38,866 mileage | $660.00 | $240.00 | | $240.00 | FA |
| 2 | 2008 Ford F350 Super Duty Crew Cab XLT 255,000 mileage | $5,676.00 | $1,760.00 | | $1,760.00 | FA |
| 3 | 2000 Cobia Boat Co 264 Center Console | $13,545.00 | $0.00 | | $0.00 | FA |
| 4 | Bed-8 years old-$250 silverware/plates/dished-10 years old-$125 | $375.00 | $0.00 | | $0.00 | FA |
| 5 | Tv-5 years old-$125 | $125.00 | $0.00 | | $0.00 | FA |
| 6 | Handtools-15 years old-$300 | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Motorcycle jacket, pants, helmet, gloves and boots-10 years old-$450 | $450.00 | $0.00 | | $0.00 | FA |
| 8 | Scuba Gear-10 years old-$800 | $800.00 | $0.00 | | $0.00 | FA |
| 9 | Clothing | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 1 Oakley Minute Machine Watch | $400.00 | $0.00 | | $0.00 | FA |
| 11 | Chase #6867 | $4.71 | $0.00 | | $0.00 | FA |
| 12 | Chase #1228 | $21.60 | $0.00 | | $0.00 | FA |
| 13 | Chase #0617 | $12.86 | $0.00 | | $0.00 | FA |
| 14 | Perfection Roofing and Construction Chase Business Checking #6618 | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Web Domain Name (u) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Preference Claim (u) | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$22,370.17     $2,000.00     $2,000.00     $0.00

**Major Activities affecting case closing:**

04/21/2017  Trustee hired counsel who filed and resolved an objection to the debtor's claimed exemptions and turnover motion. Counsel sent a preference demand letter to Chase for pre-petition credit card transfers and recently received a preliminary response that Chase's counsel is reviewing the Trustee's demand. Settlement discussions likely forthcoming.
Claims are being reviewed.
Tax returns do not need filing at this time.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 16-12852-EPK | Trustee Name: | Nicole Testa Mehdipour, Trust |
|---|---|---|---|
| Case Name: | WATTNER, MICHAEL | Date Filed (f) or Converted (c): | 02/29/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 04/04/2016 |
| | | Claims Bar Date: | 02/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/25/2016   Per Agreed Order Sustaing Objection to Claimed Exemptions of Property dated 10/25/16; ECF #53, the estate received $2000.00 for the Truck and the Bike.

Claims bar date is 2/11/17.

Tax returns do not require filing.

Initial Projected Date Of Final Report (TFR):   12/31/2017         Current Projected Date Of Final Report (TFR):        /s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE

Case 16-12852-EPK   Doc 64   Filed 04/28/17   Page 3 of 4

Page No: 1

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-12852-EPK | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | WATTNER, MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1150 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/1/2016 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2016 | (2) | Michael Wattner | Per Agreed Order Granting Motion for Turnover dated 10/25/16; ECF #53 | 1129-000 | $1,500.00 | | $1,500.00 |
| 11/22/2016 | | Michael Wattner | Per Agreed Order Granting Motion for Turnover dated 10/25/16; ECF #53 | * | $500.00 | | $2,000.00 |
| | {1} | | | $240.00 | 1129-000 | | $2,000.00 |
| | {2} | | | $260.00 | 1129-000 | | $2,000.00 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.32 | $1,998.68 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.93 | $1,995.75 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,992.53 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.90 | $1,989.63 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.41 | $1,986.22 |

|  | TOTALS: | $2,000.00 | $13.78 | $1,986.22 |
|---|---|---|---|---|
|  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  | Subtotal | $2,000.00 | $13.78 | |
|  | Less: Payments to debtors | $0.00 | $0.00 | |
|  | Net | $2,000.00 | $13.78 | |

| For the period of 4/1/2016 to 3/31/2017 | | For the entire history of the account between 11/10/2016 to 3/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.00 | Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 | Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13.78 | Total Compensable Disbursements: | $13.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.78 | Total Comp/Non Comp Disbursements: | $13.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-12852-EPK | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | WATTNER, MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1150 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/1/2016 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,000.00 | $13.78 | $1,986.22 |

| For the period of 4/1/2016 to 3/31/2017 | | For the entire history of the case between 02/29/2016 to 3/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.00 | Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 | Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13.78 | Total Compensable Disbursements: | $13.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.78 | Total Comp/Non Comp Disbursements: | $13.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE